already JS-6

**PATENAUDE & FELIX, A.P.C.**
Raymond A. Patenaude, Esq. (SBN 128855)
4545 Murphy Canyon Road, 3rd Floor
San Diego, California 92123
rayp@pandf.us
(858) 244-7600  Fax (858) 836-0318

Attorneys for Defendants,
PATENAUDE & FELIX, A.P.C.

```
FILED
CLERK, U.S. DISTRICT COURT
DEC - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHUBIN, | CASE No: 2:07-cv-08033-AHM-E |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MIDLAND CREDIT MANAGEMENT, INC. et al., | |
| Defendants. | |

This action came on for hearing before the Court, on November 21, 2008, Honorable A. Howard Matz, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having fully been considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing from Defendant Patenaude & Felix, A.P.C., and that the action be dismissed on the merits as to Defendant Patenaude & Felix, A.P.C.

Dated: 12/8/08

_____
Honorable A. Howard Matz